IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Dec 20, 2017

IN RE:

CHARLES DENNIS LOTT,

Debtor.

Case No. 17-12124-M
Chapter 13

## JUDGMENT

THIS MATTER comes before the Court pursuant to the Motion for Relief From Automatic Stay and Abandonment of Property, or Alternatively Seeking Adequate Protection filed on October 30, 2017, at Docket No. 8, by Mark Whitehead, Personal Representative of the Estate of Clara Lee Shawn, Deceased (the "Motion"). The Court held a preliminary hearing on the Motion on November 28, 2017, and a final hearing on the Motion on December 12, 2017. Thereafter, the Court took the matter under advisement. On December 20, 2017, the Court issued a bench ruling, wherein it read its findings of fact and conclusions of law into the record. In accordance with said findings and conclusions,

IT IS HEREBY ORDERED that the Motion for Relief From Automatic Stay and Abandonment of Property, or Alternatively Seeking Adequate Protection filed on October 30, 2017, at Docket No. 8, by Mark Whitehead, Personal Representative of the Estate of Clara Lee Shawn, Deceased, be, and the same hereby is, granted in part upon the terms and conditions set forth herein.

IT IS FURTHER ORDERED that relief from the automatic stay is granted to allow Mark Whitehead to complete the foreclosure action currently pending in the District Court of Creek County, Oklahoma, subject to the condition that no sale of the real property which is the subject of said foreclosure action shall take place before May 1, 2018.

IT IS FURTHER ORDERED that to the extent the Motion seeks abandonment of property from the bankruptcy estate, the Motion is denied.

Dated this 20th day of December, 2017.

BY THE COURT:

TERRENCE L. MICHAEL, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

7199.1